Louis E. Torinus and others *vs.* Reuben Thornton.

June 25, 1879.

Evidence held sufficient to sustain findings of fact.

Appeal from a judgment of the municipal court of the city of Stillwater, in favor of the defendant, on a counterclaim pleaded to a suit brought by plaintiffs.

*McCluer & Marsh* and *O. H. Comfort,* for appellants.

*L. E. Thompson,* for respondent.

Berry, J.   We perceive no ground upon which the judgment appealed from can properly be reversed.   Though the testimony is contradictory in important particulars, there is evidence in the case to support the findings of fact.   The admissions of the answer, relied upon by the plaintiffs, are altogether too vague and indefinite to authorize a finding of any value in plaintiffs' favor.

Judgment affirmed.